92-15

_____ FILED        _____ ENTERED
_____ LODGED      _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)        :

BY

                                     :

This Document Relates To:            :     CIVIL ACTION NO.  MDL 875
United States Gypsum Co.
Bankrupt Defendant

                                     :

        ALL ACTIONS                  :
    (See attached schedule
        for case list)               :


## O R D E R   O F   D I S M I S S A L

DEFENDANT, United States Gypsum Co. having declared bankruptcy

during the pendency of the asbestos products liability litigation, and

having numerous pending actions against it in MDL 375, IS HEREBY

DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the

applicable statutes of limitations ARE TOLLED, and the plaintiffs are

entitled to request reinstatement from this Court at a further date

should circumstances so warrant.


29                              BY THE COURT


Date: 8/6/01                    _____
                                Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: _____ 8/8/01
ATTEST: _____ Frances Pi
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cl¹ 10/5/01

28