IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL GENTRY DAY<br>AND<br>MARY DAY, His Wife | BML NO. 4 |
| Plaintiffs | CIVIL ACTION NO. |
| vs. | 92-15 |
| FLINTKOTE COMPANY, et al. | |
| Defendants | |

ORDER

AND NOW THIS 27th day of August, 2001, upon consideration of Plaintiffs' Motion, it is

ORDERED that the Plaintiffs be granted leave to file an Amended Complaint.

United States District Judge

Charles R. Weiner